UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                         Case No: 6:19-cr-85-CEM-NWH

**EUSEBIO AVILES, III**

     **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's *pro se* Motion to Dismiss ("Motion," Doc. 110). United States Magistrate Judge Nathan W. Hill issued a Report and Recommendation ("R&R," Doc. 113), where he recommends that the Motion be denied.

After an independent *de novo* review of the record, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. This Court agrees entirely with the analysis in the R&R.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 113) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The Motion (Doc. 110) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on October 14, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party